### April 22, 2016

| | | |
|---|---|---|
| CAAP –15– 0000 562 | KB, In re | Affirmed |

### April 25, 2016

| | | |
|---|---|---|
| CAAP –15– 0000 441 | State v. Koki | Affirmed |

### April 26, 2016

| | | |
|---|---|---|
| CAAP –15– 0000 136 | Moses v. State | Vacated and Remanded |
| CAAP –13– 0000 141 | In Re Protection of the Property of Pedro | Affirmed |
| CAAP –14– 0001 041 | State v. Nakasone | Vacated and Remanded |

### April 28, 2016

| | | |
|---|---|---|
| CAAP –12– 0000 394 | Kawamoto v. Masuda | Affirmed |

### April 29, 2016

| | | |
|---|---|---|
| CAAP –15– 0000 400 | Schmidt v. Carroll | Affirmed |
| CAAP –14– 0001 060 | State v. Scalera | Affirmed |

### May 09, 2016

| | | |
|---|---|---|
| CAAP –14– 0000 753 | State v. Blanco | Affirmed |

### May 10, 2016

| | | |
|---|---|---|
| CAAP –13– 0001 075 | State v. Clarkson | Affirmed |